CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 30 2012

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRIS CARTY, | ) | Civil Action No. 7:12cv00028 |
|     Plaintiff, | ) | |
| | ) | ORDER ADOPTING REPORT |
| v. | ) | AND RECOMMENDATION |
| | ) | |
| SGT. W.A. WRIGHT et al., | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

Chris Carty, a Virginia inmate proceeding *pro se*, brings this action pursuant to 42 U.S.C. § 1983 alleging that Sergeant Wright, a guard at Red Onion State Prison ("ROSP"), sexually harassed him during a body cavity search and that Lieutenant Tate, another ROSP guard, failed to intervene. Carty seeks injunctive relief ordering that the defendants be prohibited from contact with Carty and that Carty be moved to another state prison.

The court referred the matter to United States Magistrate Judge Pamela M. Sargent for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge filed a report finding no basis for granting Carty's request for injunctive relief and recommending that his motion be denied. Carty has not objected to the Magistrate's Report and Recommendation. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's Report and Recommendation is **ADOPTED** in its entirety, and Carty's motion for preliminary injunctive relief (ECF No. 50) is **DENIED**.

The Clerk of the Court is directed to send a certified copy of this order to the plaintiff.

**ENTER**: October 30, 2012.

_____
UNITED STATES DISTRICT JUDGE